| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Glory Pascual<br>1032 Lowell Place<br>Honolulu, Hi. 96817<br>Tel. # 861-9954 cell  Home phone # 847-8143 | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2013 APR 24 A 11:00<br>MICHAEL B. DOWLING<br>CLERK OF COURT |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

Case No.: 12-02512

In re:

Glory Pascual

Debtor(s).

Chapter: 7

## NOTICE OF CHANGE OF ADDRESS

*[Note: An **attorney** changing the attorney's address or firm affiliation should use form hib_83-1h.]*

The undersigned hereby gives notice of the following change effective: __4/24/13__.

[✓] Debtor is providing Debtor's new address to replace the old address for notice and other purposes.

[ ] Debtor is providing a creditor's new or corrected address to replace existing information in the matrix.

[ ] Creditor is providing creditor's new or corrected address to replace existing information in this case.

[ ] Other: _____

| Name and Old Address: | Name and New Address: |
|---|---|
| Glory Pascual<br>1235 Ala Kapuna<br>St. #405<br>Honolulu, Hi. 96819-4633 | Glory Pascual<br>1032 Lowell Place<br>Honolulu, Hi. 96817 |

Date: 4-24-13

Signature: /s/ Glory Pascual
Name:

*Please also note:

1. For a change in the debtor's name, an amended petition must be filed.
2. If the creditor or other party is not already on the mailing matrix, the debtor must file an amended matrix - the creditor must file a notice of appearance and request for notice.
3. A creditor changing its address must file a notice of change of address in each case in which it is involved.
4. For a change of address with respect to a proof of claim and where notices or payments should be sent, use form hib_2002g1a.

hib_2002g        6/04